United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH THROWER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GRANCARE, LLC dba VALE HEALTHCARE CENTER, et al.,<br><br>    Defendants.<br>_____/ | No. C-15-5575 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR ORDER ENLARGING TIME; VACATING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS; CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND** |

      Before the Court are four motions, filed sequentially by various parties to the above-titled action: (a) defendant Mariner Health Care, Inc.'s "Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(2) for Lack of Personal Jurisdiction" (hereinafter, "Motion to Dismiss"), filed December 14, 2015, and noticed for hearing on February 19, 2016; (b) plaintiffs' "Motion for an Order Remanding the Case to State Court" (hereinafter, "Motion to Remand"), filed December 15, 2015, and noticed for hearing on January 22, 2016; (c) plaintiffs' "Motion for an Order (1) to Enlarge Time on the Briefing Deadlines Relating to Defendant Mariner Health Care, Inc.'s Motion to Dismiss, Including the December 28, 2015 Deadline for Plaintiffs' Opposition; (2) to Continue the Hearing on Said Motion and (3) to Permit Plaintiff to Conduct Jurisdictional Discovery" (hereinafter,

"Motion to Enlarge Time"), filed December 18, 2015;[1] and (d) defendant Grancare, LLC's "Motion to Disqualify Plaintiffs' Counsel" (hereinafter, "Motion to Disqualify"), filed December 23, 2015, and noticed for hearing on February 5, 2016.

In light of the various issues raised by the above-referenced motions, the Court rules as follows:

1. To the extent plaintiffs seek an order setting a new briefing schedule and hearing date for Mariner Health Care, Inc.'s Motion to Dismiss, plaintiffs' Motion to Enlarge Time is hereby GRANTED, and the current briefing and hearing dates on the Motion to Dismiss are hereby VACATED.[2]

2. To the extent plaintiffs seek an order authorizing jurisdictional discovery, plaintiffs' Motion to Enlarge Time is hereby DENIED without prejudice.

3. The hearing on plaintiffs' Motion to Remand is hereby CONTINUED to February 5, 2016.

**IT IS SO ORDERED.**

Dated: December 23, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] The Civil Local Rules pursuant to which the motion was filed do not provide for a hearing.

[2] The Court will set a new briefing schedule on the Motion to Dismiss, if appropriate, after it has ruled on the Motion to Remand and the Motion to Disqualify.

2