IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH THROWER, et al., | No. C-15-5575 MMC |
| Plaintiffs, | **ORDER RE: DEFENDANT'S NOTICE** |
| v. | |
| GRANCARE, LLC, et al., | |
| Defendants. | |

The Court is in receipt of defendant GranCare, LLC's "Notice of Filing Motion to Consolidate Pursuant to Federal Rule of Civil Procedure 42(a)(2) in Dept. 8 Before the Honorable William Alsup and Request to Stay Current Matter Pending Resolution of the Motion to Consolidate," filed December 28, 2015, in which defendant GranCare, LLC requests the Court "stay the [instant] action and continue all pending matters until the Honorable Alsup has issued a final ruling on the Motion to Consolidate." (See Notice at 2.) Requests of such nature must be brought by way of a noticed motion. See Civil L.R. 7-1(a) (providing exclusive list of "means" by which "[a]ny written request to the Court for an order must be presented").

Accordingly, the Court takes no further action on the matter at this time.

**IT IS SO ORDERED.**

Dated: December 29, 2015

MAXINE M. CHESNEY
United States District Judge