IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH THROWER, et al., | No. C-15-5775 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT DEFENDANT MHC WEST HOLDING COMPANY'S MOTION TO DISMISS** |
| v. | |
| GRANCARE, LLC, | |
| Defendants. | |

Before the Court is defendant MHC West Holding Company's "Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(2) for Lack of Personal Jurisdiction on Behalf of MHC West Holding Company," filed January 4, 2016. That same date, shortly after said motion was filed, plaintiffs filed, as to said defendant, a "Notice of Voluntary Dismissal."

Accordingly, the motion to dismiss is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: January 13, 2016

MAXINE M. CHESNEY
United States District Judge