IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH THROWER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GRANCARE, LLC, et al.,<br><br>    Defendants. | No. C-15-5575 MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY; VACATING HEARING ON MOTIONS TO REMAND AND DISQUALIFY** |

    Before the Court is defendant GranCare, LLC's Motion to Stay, filed December 31, 2015, by which GranCare, LLC seeks a stay of the proceedings in the instant action until the Honorable William H. Alsup has ruled on a pending Motion to Consolidate said action with an action currently before him. On January 14, 2016, plaintiffs filed opposition. Having read and considered the parties' respective written submissions, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for February 5, 2016, and rules as follows.

    As defendants point out, the matters presently before this Court, a Motion to Remand and a Motion to Disqualify Plaintiffs' Counsel, are set for hearing on February 5, 2016, and the Motion to Consolidate is set for hearing on January 28, 2016. In light thereof, the Court, in the interest of judicial economy, will grant the relief requested.

Accordingly, the Motion to Stay is hereby GRANTED. The hearing on the Motion to Remand and the Motion to Disqualify is hereby VACATED, and will be rescheduled in the event Judge Alsup denies the Motion to Consolidate.

**IT IS SO ORDERED.**

Dated: January 15, 2016

MAXINE M. CHESNEY
United States District Judge