United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH THROWER, by and through her Successor in Interest, Rosie Lee Mills; ROSIE LEE MILLS; HELEN MILLS; LORETTA EDDINGS; LASHAWN THROWER; PERRY JOHNSON, JR.; ELLEN MASON,<br><br>        Plaintiffs,<br>  vs.<br><br>GRANCARE, LLC d/b/a VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MHC WEST HOLDING COMPANY; MARINER HEALTH CARE, INC.; REMY RHODES; and DOES 1-250,<br><br>        Defendants<br>_____/ | No. C 15-05575 WHA<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL BRIEF** |

      Plaintiffs Ruth Thrower and others have filed an administrative motion seeking leave to file a supplemental brief in support of their motion to remand this case to state court. Plaintiffs assert that they want to add a discussion of a "written job description which further supports that the joinder of the non-diverse administrator of Defendants' facility Remy Rhodes was proper and did not constitute fraudulent joinder, and Plaintiffs seeks [sic] to present this further evidence to the Court in support of their motion for remand based on lack of diversity of citizenship" (Dkt. No. 39 at 2). Plaintiffs also state that they seek to present the Court with analysis of a 2008 decision from the Central District of California (*Ribnick v. Sunrise Senior*

*Living*, *Inc.*, Case No. 08-cv-584 (C.D. Cal. July 3, 2008) (Judge Andrew Guilford).  Plaintiffs did not attach these documents to their administrative motion.

Under Civil Local Rule 7–3(d), "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," except to object to reply evidence or to bring to the Court's attention a judicial opinion published after the reply had been filed. Here, plaintiffs have not demonstrated good cause for their proposed late submission and thus leave to file a supplemental brief is **DENIED**.

**IT IS SO ORDERED.**

Dated:  February 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2