IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANCARE, LLC d/b/a VALE HEALTHCARE CENTER,<br><br>  Plaintiffs,<br><br> v.<br><br>RUTH THROWER, by and through her Successor in Interest, Rosie Lee Mills; ROSIE LEE MILLS; HELEN MILLS; LORETTA EDDINGS; LASHAWN THROWER; PERRY JOHNSON, JR.; ELLEN MASON, individuals,<br><br>  Defendants | No. C 15-05362 WHA<br>No. C 15-05575 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| RUTH THROWER, by and through her Successor in Interest, Rosie Lee Mills; ROSIE LEE MILLS; HELEN MILLS; LORETTA EDDINGS; LASHAWN THROWER; PERRY JOHNSON, JR.; ELLEN MASON, individuals,<br><br>  Plaintiff,<br><br> v.<br><br>GRANCARE, LLC d/b/a VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MHC WEST HOLDING COMPANY; MARINER HEALTH CARE, INC.; REMY RHODES; and DOES 1-250,<br><br>  Defendants. | |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated: March 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE